**FILED**

**MAR 26 2026**

Clerk, US District Court
District of Montana – Billings

**PAUL D. VESTAL**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**James F. Battin U.S. Courthouse**
**2601 Second Avenue North, Suite 3200**
**Billings, MT 59101**
**Phone:       (406) 247-4630**
**Fax:           (406) 657-6989**
**Email:       Paul.Vestal@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> **Plaintiff,** <br><br> **vs.** <br><br> **LOUIS CHRISTOPHER IKEDA,** <br><br> **Defendant.** | **CR 26-43 -BLG-SPW** <br><br> **INFORMATION** <br><br> **USE OF FACILITY IN INTERSTATE COMMERCE IN AID OF RACKETEERING** <br> **Title 18 U.S.C. § 1952(a)(3)** <br> **(Penalty: Five years of imprisonment, a $250,000 fine, and 3 years of supervised release)** |

THE UNITED STATES ATTORNEY CHARGES:

That from on or about November 2024 through December 2024, at Billings

and within Yellowstone County, in the State and District of Montana, the defendant,

LOUIS CHRISTOPHER IKEDA, used a facility of interstate or foreign commerce,

1

the internet and an internet connected device, with the intent to promote, manage, establish, and carry on, and facilitate the promotion, management, establishment, and carrying on of, an unlawful activity, that is the promotion of prostitution with respect to Jane Doe in violation of the laws of the State of Montana and the United States, and thereafter performed an act to promote, manage, establish, and carry on, and facilitate the promotion, management, establishment, and carrying on of, such unlawful activity, in violation of 18 U.S.C. § 1952(a)(3).

DATED this 26th day of March, 2026.

TIMOTHY J. RACICOT
United States Attorney


PAUL D. VESTAL
Assistant United States Attorney
Attorney for Plaintiff


TIMOTHY J. RACICOT
Acting United States Attorney


(For) CYNDEE L. PETERSON
Criminal Chief Assistant U.S. Attorney

2