GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, Montana 59101
gillian_gosch@fd.org
Phone: (406) 259-2459
Fax: (406) 259-2569
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS CHRISTOPHER IKEDA,<br><br>Defendant. | **Case No. CR-26-43-BLG-SPW**<br><br>**SENTENCING MEMORANDUM** |

COMES NOW Defendant, LOUIS CHRISTOPHER IKEDA, by and through Defendant's counsel of record, the FEDERAL DEFENDERS OF MONTANA and GILLIAN E. GOSCH, Assistant Federal Defender, and offers this Sentencing Memorandum to this Honorable Court for Mr. Ikeda's sentencing hearing scheduled for August 19, 2026, at 1:30 p.m.

## INTRODUCTION

On March 26, 2026, Louis Christopher Ikeda was named in an Information, charging him with Use of a Facility in Interstate Commerce in Aid of Racketeering in violation of 18 U.S.C. § 1952 (a)(3). Louis changed his plea on April 8, 2026 before Judge Cavan. This court accepted his findings and recommendations on April 23, 2026.

## ADVISORY GUIDELINE RANGE

Pursuant to the presentence report Louis's total offense level is 15 and his criminal history category is I. Therefore, his advisory guideline range is 18-24 months. Louis objections to the application of 2G1.1 and maintains the appropriate guideline is 2E1.2. Pursuant to that guideline Louis's total offense level would be 4, after taking into consideration his acceptance points, and his guideline would be 0-6 months. There is a plea agreement in this case.

## DISCUSSION-3553

### A. The Offense

The offense conduct is sufficiently set forth in paragraphs 6-11 of the presentence report.

### B. History and Characteristics of Louis Christopher Ikeda

The history and characteristics of Louis are sufficiently set forth in the pre-sentence report.

**C. Seriousness of the Offense, Respect for the Law and Just Punishment**

Louis has some older misdemeanor criminal history but does not have any prior felonies. Louis has no major physical or mental health issues and reports that he had a solid childhood with his adoptive parents here in Billings. Louis has two children from his prior marriage and has two grandchildren that he sees weekly. Although Louis admits that he has the occasional beer he does not appear to have issues with alcohol or drugs. Louis's case is like other individuals charged with similar conduct and sentenced by this court. See generally *United States v. Usman Khan* CR-25-71-BLG-SPW (2 years' probation), *United States v. Albrecht* CR-21-41-BLG-SPW (12 months' probation), *United States v. Bigwind Windyboy* CR-17-21-BLG-SPW (6 months' probation). A sentence of probation would be sufficient but not greater than necessary.

RESPECTFULLY SUBMITTED on this 23rd day of July 2026.

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant

**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that on July 23, 2026, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ______ | Hand Delivery |
| 3 | Mail |
| ______ | Overnight Delivery Service |
| ______ | Fax |
| ______ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS GODFREY
Assistant United States Attorney
United States Attorney's Office
2601 2nd Avenue North
Billings, MT 59101
Counsel for the United States

3. LOUIS CHRISTOPHER IKEDA
Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant