# DEFENDANT'S EXHIBIT A
## Support Letter

**United States v. Louis Christopher Ikeda**

**CR-26-43-BLG-SPW**

The Honorable Judge Susan P. Watters Chambers
James F. Battin Federal Courthouse
2601 2nd Avenue North
5th floor
Billings, Montana 59101
Chambers: 406-247-2350

Dear Judge Susan Watters,

I am writing to respectfully provide a personal character reference for Luis Ikeda, whom I have known closely as a dear friend for the past 38 years. Over nearly four decades, I have known Luis to be a person of exceptional integrity, profound kindness, and unwavering reliability. Luis possesses an outstanding, lifelong work ethic. He approaches his responsibilities with absolute dedication and a strong sense of accountability. Throughout our long history together, I have consistently seen him face challenges with honesty, resilience, and a commitment to doing what is right. Beyond his work ethic, Luis is a deeply compassionate individual who cares for others almost to a fault. He is entirely selfless and has always been someone who would give the shirt off his back to help a neighbor, a friend, or anyone in need. He is the definition of a loyal and protective presence; he has always had my back and the backs of those in his community. His empathy and genuine desire to support others define his true character. I know Luis to be a dependable, good-hearted person who deeply respects his community and his obligations. I have complete confidence in his integrity and his capacity to remain a positive, productive individual. Thank you for your time, consideration, and attention to this letter.

Respectfully submitted,

Leah Simpson