# DEFENDANT'S EXHIBIT A
## Support Letter

**United States v. Louis Christopher Ikeda**

**CR-26-43-BLG-SPW**

To Whom It May Concern,

I am writing this letter in support of Louis I have known him for approximately 10 years through different jobs we have had. While I would not describe our relationship as terribly long, I have had enough interactions with him to form an opinion of his character.

Throughout the time I have known Louis, I have found him to be respectful, courteous, and capable of making positive contributions to those around him. Like many people, Louis has faced challenges and has made mistakes. However, I believe those mistakes do not define his character or potential.

I have personally observed his efforts to be a responsible individual, including in several less than desirable situations while working in different security environments. These efforts demonstrate a sincere desire to move forward in a constructive and productive manner.

I respectfully ask the Court to consider the whole person when determining an appropriate outcome. I believe that allowing Louis the opportunity to continue building a productive life outside of incarceration, if the Court finds it appropriate, would better serve both him and the community. I am confident that Louis has the ability to learn from this experience and continue making positive decisions.

Thank you for taking the time to consider my perspective. I appreciate the difficult responsibility before the Court and respectfully submit this letter

Thank you

C. Turner