GILLIAN E. GOSCH
Assistant Federal Defender
Federal Defenders of Montana
Billings Branch Office
175 N. 27th Street, Suite 401
Billings, Montana 59101
Phone: (406) 259-2459
Fax: (406) 259-2569
gillian_gosch@fd.org
Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LOUIS CHRISTOPHER IKEDA,<br><br>Defendant. | **Case No. CR-26-43-BLG-SPW**<br><br>**NOTICE OF FILING EXHIBIT RELEVANT TO SENTENCING HEARING** |

LOUIS CHRISTOPHER IKEDA, the above-named Defendant, by and through his counsel of record, GILLIAN E. GOSCH and the FEDERAL DEFENDERS OF MONTANA, hereby submits the attached support letter relevant to his sentencing hearing currently scheduled for August 19, 2026.

DATED this 10th day of August, 2026.

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant

**CERTIFICATE OF SERVICE**
**L.R. 5.2(b)**

I hereby certify that on August 10, 2026, a copy of the foregoing document was served on the following persons by the following means:

| | |
|---|---|
| 1, 2 | CM-ECF |
| ______ | Hand Delivery |
| 3 | Mail |
| ______ | Overnight Delivery Service |
| ______ | Fax |
| ______ | E-Mail |

1. CLERK, UNITED STATES DISTRICT COURT

2. THOMAS GODFREY
Assistant United States Attorney
United States Attorney's Office
2601 2nd Avenue North, Suite 3200
Billings, MT 59101
Counsel for the United States

3. LOUIS CHRISTOPHER IKEDA
Defendant

/s/ Gillian E. Gosch
GILLIAN E. GOSCH
Federal Defenders of Montana
Counsel for Defendant