To the Honorable Judge,

I am writing this letter on behalf of my friend, Louis Ikeda, to provide some insight into his character based on my personal and professional experiences with him.

I have had the opportunity to work with Louis professionally on several occasions, and throughout those experiences, he has consistently demonstrated professionalism, compassion, and a genuine willingness to help others. He is someone I have found to be dependable, respectful, and willing to step up when someone needs assistance.

One experience in particular speaks strongly to the type of person Louis is. While I was working out of state, I had a family emergency and became concerned about my girlfriend while she was on a road trip headed back home. I reached out to Louis and asked if he would check on her for me because I lost contact with her and only had her last known location. Without hesitation, he drove approximately an hour outside of town to make sure she was okay. When I later offered to compensate him for his time and the drive, he refused and simply told me, “That’s what friends do.”

That experience has always stood out to me because Louis helped simply because a close friend needed him, and that is the kind of man he is. He does things out of the goodness of his heart and never looks for recognition or expects anything in return. When he sees someone who needs help, he helps because he believes it is the right thing to do.

Both professionally and personally, I have known Louis to be a good man with a compassionate nature and a strong willingness to help others. I am grateful to be able to speak to his character and respectfully ask that the Court take these qualities into consideration.

Thank you for your time and consideration.

Respectfully,

James Arline

832-386-9252